Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 10 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| | **2:24-CR-91-TOR** |
| Plaintiff, | Vios: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (viii), 846 Conspiracy to Distribute 400 Grams or More of a Mixture or Substance Containing a Detectible Amount of Fentanyl and 50 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| v. | |
| OSVALDO GUADALUPE SOTO-ORDUNO, JOSE ROMAN LIZARRAGA-GERARDO, and JOSE EFRAIN GONZALEZ-RODRIGUEZ, | |
| Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2 Possession With Intent to Distribute 400 Grams or More of a Mixture Containing Fentanyl (Count 2) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2 Possession With Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 3) |

INDICTMENT – 1

21 U.S.C. § 841(a)(1),
(b)(1)(B)(ii); 18 U.S.C. § 2
Possession With Intent to
Distribute 500 Grams or More
of a Mixture Containing
Cocaine
(Count 4)

21 U.S.C. § 841(a)(1),
(b)(1)(B)(i); 18 U.S.C. § 2
Possession With Intent to
Distribute 100 Grams or More
of a Mixture Containing
Heroin
(Count 5)

18 U.S.C. §§ 922(g)(5);
924(a)(8)
Unlawful Alien in Possession
of a Firearm
(Count 6)

21 U.S.C. § 853, 18 U.S.C.
§ 924(d), 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown but at least by on or about May 24, 2024, and continuing to on or about June 26, 2024, in the Eastern District of Washington, the Defendants, OSVALDO GUADALUPE SOTO-ORDUNO, JOSE ROMAN LIZARRAGA-GERARDO, and JOSE EFRAIN GONZALEZ-RODRIGUEZ, did knowingly and intentionally combine, conspire, confederate and agree with each

INDICTMENT – 2

other and with other persons, both known and unknown, to commit the following offense: distribution of 400 grams or more of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), (viii), all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about June 26, 2024, in the Eastern District of Washington, the Defendants, OSVALDO GUADALUPE SOTO-ORDUNO, JOSE ROMAN LIZARRAGA-GERARDO, and JOSE EFRAIN GONZALEZ-RODRIGUEZ, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectible amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2.

## COUNT 3

On or about June 26, 2024, in the Eastern District of Washington, the Defendants, OSVALDO GUADALUPE SOTO-ORDUNO, JOSE ROMAN LIZARRAGA-GERARDO, and JOSE EFRAIN GONZALEZ-RODRIGUEZ, did knowingly and intentionally possess with the intent to distribute 50 grams or

INDICTMENT – 3

more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2.

## COUNT 4

On or about June 26, 2024, in the Eastern District of Washington, the Defendants, OSVALDO GUADALUPE SOTO-ORDUNO, JOSE ROMAN LIZARRAGA-GERARDO, and JOSE EFRAIN GONZALEZ-RODRIGUEZ, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii); 18 U.S.C. § 2.

## COUNT 5

On or about June 26, 2024, in the Eastern District of Washington, the Defendants, OSVALDO GUADALUPE SOTO-ORDUNO, JOSE ROMAN LIZARRAGA-GERARDO, and JOSE EFRAIN GONZALEZ-RODRIGUEZ, did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectible amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i); 18 U.S.C. § 2.

//

//

INDICTMENT – 4

COUNT 6

On or about June 26, 2024, in the Eastern District of Washington, the Defendant, JOSE EFRAIN GONZALEZ-RODRIGUEZ, knowing of his status as an alien unlawfully in the United States, did knowingly possess in and affecting commerce, firearms, to wit:

- a Raven .25 auto pistol, bearing serial number 1766868;

- a Ruger SR1911 pistol, bearing serial number 673-52275;

- a Colt M1911-A1 pistol, bearing serial number CP06299; and

- an FN FNS-9 pistol, bearing serial number CSU0028932,

which firearms had theretofore been transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi),(viii), (b)(1)(B)(i),(ii), 846 as set forth in Counts 1 through 5 of this Indictment, Defendants, OSVALDO GUADALUPE SOTO-ORDUNO, JOSE ROMAN LIZARRAGA-GERARDO, and JOSE EFRAIN GONZALEZ-RODRIGUEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result

INDICTMENT – 5

of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

Defendant OSVALDO GUADALUPE SOTO ORDUNO

- $37,129.00 U.S. currency

If any forfeitable property, as a result of any act or omission of Defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8), as set forth in Count 6 of this Indictment, Defendant, JOSE EFRAIN GONZALEZ-RODRIGUEZ, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to:

- a Raven .25 pistol, bearing serial number 1766888;

INDICTMENT – 6

- a Ruger SR1911 pistol, bearing serial number 673-52275;

- a Colt M1911-A1 pistol, bearing serial number CP06299;

- an FN FNS-9 pistol, bearing serial number CSU0028932;

- 3 empty magazines.

DATED this ⟍⟍ day of July 2024.

A TRUE BILL

_____
Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT – 7